R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Holly Bussey, William G. Lynch,
and Richard Delello,
Petitioners/Appellants

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the
Commonwealth of Pennsylvania;HOLLY BUSSEY, WILLIAM G.
LYNCH, and RICHARD DELELLO,
Petitioners/Appellants,
v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),
Respondent,
and
ALLEGIANT AIR LLC,
Intervenor/Respondent.

Case No. 16-4355

MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Plaintiffs-Appellants, Bucks Residents for Responsible Airport

Management, Inc., and Ms. Holly Bussey, Mr. William G. Lynch, and Mr. Richard DeLello (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained the consent of the attorney for the Defendant-Appellee, United States Federal Aviation Administration ("FAA"), of the the attorney for Allegiant Air LLC, for the extension of the briefing schedule from March 15, 2017. In support of this motion, BRRAM, Inc., states:

Lead Counsel for BRRAM, Inc., R. William Potter, and counsel for the FAA, Joan M. Pepin, Attorney, Appellate Section, Environment and Natural Resources Division, U.S. Department of Justice, have been discussing a possible settlement of this appeal and wish to continue the discussions. Attorney Pepin has consented to the extension of the briefing schedule, and the attorney for the Intervenor/Respondent, Allegiant Air LLC, James M. Auslander, has also consented.

The parties have thus agreed to the extension of the briefing schedule as follows:

The brief for the Petitioners/Appellants and the joint appendix

shall be filed and served on or before April 14, 2017.

The briefs for the Respondent and the Intervenor/Respondent shall be filed within thirty (30) days of service of the Appellants' brief.

The reply brief shall be filed and served within fourteen (14) days of the service of the Respondents' briefs.

                                                Respectfully submitted,

                                                POTTER AND DICKSON

                                                <u>s/ R. William Potter</u>

                                                By R. William Potter
                                                Attorney for the Appellants

Dated: March 7, 2017.