R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Holly Bussey, William G. Lynch,
and Richard Delello,
Petitioners

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania; HOLLY BUSSEY, WILLIAM G. LYNCH, and RICHARD DELELLO,

Petitioners,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),

Respondent.

Case No. 16-4355

_____

MOTION FOR FURTHER EXTENSION OF BRIEFING SCHEDULE

Petitioners-Appellants, Bucks Residents for Responsible Airport

Management, Inc., and Ms. Holly Bussey, Mr. William G. Lynch, Mr.

Richard DeLello, (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained "no objection" from the attorney for the Respondent, United States Federal Aviation Administration ("FAA"), and from the attorney for the Intervenor, Allegiant Air, LLC ("Allegiant"), for the extension of the briefing schedule from April 14, 2017.  In support of this motion, BRRAM, Inc., states:

  1.  Counsel for BRRAM, Inc., has delayed preparation of the brief and joint appendix because of the continued substantive settlement negotiations among the parties which began shortly after the Petition was filed.

  2.  Counsel for the respondent, FAA, Joan Pepin, Attorney, Appellate Section, Environment and Natural Resources Division, U.S. Department of Justice,  and counsel for the Intervenor, Allegiant, James M. Auslander, emailed counsel for BRRAM, Inc., that they had no objection to the extension of the briefing schedule as follows:

  The brief for the Petitioners'Appellants and the joint appendix shall be filed and served on or before May 15, 2017.

The brief for the Respondent and the brief for the Intervenor/Respondent shall be filed within thirty (30) days of service of the Petitioners-Appellants' brief.

The reply brief shall be filed and served within fourteen (14) days of the service of the Respondent's and Intervenor/Respondent's briefs.

Respectfully submitted,

POTTER AND DICKSON

s/ R. William Potter

By R. William Potter
Attorney for the Appellants

Dated: April 14, 2017

Certificate of Service

I hereby certify that I emailed a copy of the foregoing Motion for Further Extension of the Briefing Schedule this 14th day of April 2017 to Joan M. Pepin, Assistant U.S. Attorney, at joan.pepin@usdoj.gov, and to James M. Auslander, Esq., counsel for Allegiant Air LLC, at JAuslander@bdlaw.com.

s/ R. William Potter