UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-4355**

BRRAM Inc. v. FAA

To:    Clerk

1)    Motion by Petitioners for Further Extension of Briefing Schedule

---

    The foregoing motion is granted. Petitioners' brief and appendix must be filed and served on or before May 15, 2017. Respondent and Intervenor/Respondent's brief must be filed and served within thirty (30) days of service of Petitioners' brief. Petitioners' reply brief must be filed and served within fourteen (14) days of service of Respondent and Intervenor/Respondent's briefs.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:    April 20, 2017
tyw/cc:   R. William Potter, Esq.
          Joan M. Pepin, Esq.
          James M. Auslander, Esq.
          Thomas Richichi, Esq.