No. 16-4355

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, INC.; HOLLY BUSSEY;
WILLIAM G. LYNCH; RICHARD J. DELELLO

Petitioners

v.

FEDERAL AVIATION ADMINISTRATION,

Respondent

**DECLARATION OF JOAN M. PEPIN**

I, Joan M. Pepin, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division (ENRD), U.S. Department of Justice. I am lead counsel for the FAA in this case.

2. This declaration is submitted to rebut misstatements in BRRAM's May 19, 2017, motion and declaration concerning when settlement discussions in this case terminated.

3. The parties to this case engaged several months ago in settlement discussions which were, in our view, not productive. Even after FAA rejected BRRAM's proposal, BRRAM continued to propose the same settlement. On April 4, 2017, in order to end these repetitive overtures and make crystal-clear to BRRAM that FAA was not interested in settlement, I sent an email to R. William Potter, counsel for the petitioners, stating that "FAA is not interested in your proposal for the same reasons that we rejected the exact same proposal in our conference call on March 20. Please consider this a final and definitive rejection of that settlement proposal." After expressing and explaining my view that petitioners should voluntarily dismiss their petition, I concluded the email by stating that "Whether or not you do so, however, settlement discussions about this case have failed and are over."[1]

---

[1] Although the statements in the April 4, 2017 email are offered only to show that settlement discussions terminated by that date and not to "prove or disprove the validity or amount" of any of petitioners' merits claims, the email's discussion of why petitioners should dismiss their petition does go to the validity of petitioners' claims and therefore could be argued to be within the scope of Federal Rule of Evidence 408. Therefore, out of an abundance of caution, I have not attached the email to this declaration. If the Court wishes to see the email – either in its entirety or with the substantive paragraph redacted - we would be happy to provide it.

4. On April 6, 2017, I received an email from Mr. Potter questioning whether FAA really took that position. I replied on April 7, 2017, that FAA really did.

5. My April 7, 2017, email reaffirming FAA's position was the final settlement-related communication between the parties. There have been no negotiations or settlement-related communications of any kind since then.

I certify, under penalty of perjury, that the foregoing is true and correct. Executed on this 22nd day of May, 2017, in Washington, D.C..

s/ Joan M. Pepin
Joan M. Pepin
Attorney, Appellate Section
Environment & Nat'l Resources Div.
U.S. Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 305-4626
joan.pepin@usdoj.gov
