UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 23, 2017
ACO-096

No. <u>16-4355</u>

BRRAM, INC.; HOLLY BUSSEY;
WILLIAM G. LYNCH; RICHARD J. DELELLO, Petitioners

v.

FEDERAL AVIATION ADMINISTRATION, Respondent

*Allegiant Air LLC, Intervenor

*(Pursuant to Clerk Order dated 1/20/17)

(Agency No. FAA-1 : C070 AMDT 165 Cert WX0A151)

Present: RESTREPO, <u>Circuit Judge</u>

1. Motion by Township of Lower Makefield for Leave to Proceed as Amicus Curiae in Support of Petitioners.

                                                      Respectfully,
                                                      Clerk/mcw

_____ORDER_____

The foregoing motion is granted.

                                                      By the Court,

                                                      <u>s/ L. Felipe Restrepo</u>
                                                      Circuit Judge

Dated: June 27, 2017
MCW/cc:   R. William Potter, Esq.
               Joan M. Pepin, Esq.
               J. Andrew Ruymann, Esq.

James M. Auslander, Esq.
Thomas Richichi, Esq.
Barbara E. Lichman, Esq.